IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| In Re: BEXTRA and CELEBREX MARKETING SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | MDL 1699 |
| This document relates to Plaintiff Harry Barkhalow only filed in the case Seaborn Bishop et al. v. Pfizer Inc. et al, 3:07-cv-00536-CRB | 07-0536CRB |

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the case against the defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) brought by Harry Barkhalow are VOLUNTARILY DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs.

GORDEN & REES

By:   /s/Stuart M. Gordon
      Stuart M. Gordon
      275 Battery St., 20th Floor
      Suite 200
      San Francisco, CA 94111
      415-986-5900
      415-896-8054
      Attorney for Defendants

JEFFREY J. LOWE, PC

By:   /s/Jeffrey J. Lowe
      Jeffrey J. Lowe        #10538
      Francis J. "Casey" Flynn #118147
      Attorney for Plaintiff
      8235 Forsyth, Suite 1100
      St. Louis, Missouri 63105
      (314) 678-3400
      Fax: (314) 678-3401

      John Carey
      Joseph P. Danis
      David Bauman
      Sarah Hale
      CAREY & DANIS, LLC

76060.1

8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

76060.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| In Re: BEXTRA and CELEBREX MARKETING SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | MDL 1699 |
| This document relates to Plaintiff Harry Barkhalow <u>only</u> filed in the case <u>Seaborn Bishop et al. v. Pfizer Inc. et al</u>, 3:07-cv-00536-CRB | 07-0536CRB |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiff Harry Barkhalow's claims against the defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed with prejudice. All other plaintiffs' claims remain pending in the above styled action, Seaborn Bishop et al. v. Pfizer Inc. et al, 3:07-cv-00536-CRB

JUL 2 3 2009

United States District Judge Charles R. Breyer

76060.1