1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          **Case No. : 07-0536 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION        **MDL NO. 1699**
                                        **District Judge: Charles R. Breyer**
14
    Seaborn Bishop, et al.,
15
                          Plaintiffs
16                                      **STIPULATION AND ORDER OF**
    vs.                                 **DISMISSAL WITH PREJUDICE**
17

18  Pfizer Inc, et al.,

19                        Defendants.

20

21        Come now the Plaintiffs Seaborn Bishop, Ricky St. Jean, Earl Ashford, John Sobutek,

22  Lewis Anderson, Mildred Brown, Ed Burgess, James Burley, Sandra Burns, Gwendolyn Cline,

23  Gracie Cox, Laddie Dolezal, Kathryn Hicks, Carolyn Hill, Charles Gallant, Leonel Guerra,

24  Ralph Jones, Syed Shamsi, Michael Sherman, Adam Stacy, Eugene Kieger, Linda Johnson,

25  Patricia Simpson, Sharon McGuin, Mildred Dismukes, Doris Jennings, Tonya Neely, and Johnny

26  Yeager in the above-entitled action and Defendants, by and through the undersigned attorneys,

27  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

28

                              -1-

1  this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

2  attorneys' fees and costs.

3

4  DATED: 1/15, 2010        By: _____

5
                                John J. Carey
6                              **CAREY & DANIS, LLC**
                                8235 Forsyth Blvd., Suite 1100
7                              St. Louis, Missouri 63105
                                Telephone: 314.725.7700
8                              Facsimile: 314.721.0905

9                              *Attorneys for Plaintiffs*

10
    DATED:  1/27, 2010        By: _____
11

12                             **DLA PIPER LLP (US)**
                                1251 Avenue of the Americas
13                             New York, New York 10020
                                Telephone: 212-335-4500
14                             Facsimile: 212-335-4501

15                             *Defendants' Liaison Counsel*

16

17

18  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
    **IT IS SO ORDERED.**
19

20
    Dated: FEB - 3 2010
21                             _____
                                Hon. Charles R. Breyer
22                             United States District Court

23

24

25

26

27

28
                                    -2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE