```
1  John J. Carey
   CAREY & DANIS, LLC
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-0536 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Seaborn Bishop, et al.,<br><br>                                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Seaborn Bishop, Ricky St. Jean, Earl Ashford, John Sobutek, Lewis Anderson, Mildred Brown, Ed Burgess, James Burley, Sandra Burns, Gwendolyn Cline, Gracie Cox, Laddie Dolezal, Kathryn Hicks, Carolyn Hill, Charles Gallant, Leonel Guerra, Ralph Jones, Syed Shamsi, Michael Sherman, Adam Stacy, Eugene Kieger, Linda Johnson, Patricia Simpson, Sharon McGuin, Mildred Dismukes, Doris Jennings, Tonya Neely, and Johnny Yeager in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 1/15, 2010    By: _____

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010    _____
Hon. Charles R. Breyer
United States District Court